IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBIN BABOVEC, As Special Administratrix
of the Estate of Casey Babovec, Deceased                                    PLAINTIFF

VS.                              NO. 4:13cv0699-KGB

DEPUTY AND OFFICERS MIKE RICHARDS,
TONYA PARKER, CALVIN REED, SAM
GRIFFIN, DION McGUIRE, RYAN McKINLEY,
DAVID FENTON, JAMES PAYNE, NANCY
SHELLNUT, BRUCE PENNINGTON, JOHN
and JANE DOES I-V, COUNTY OF SALINE                                         DEFENDANTS

## EXHIBIT INDEX

A. DVD of jail security surveillance (forwarded to chambers under separate cover)

B. Depositions of Bruce Pennington

C. Report of the Medical Examiner

D. Deposition of Dion McGuire

E. Deposition of Lieutenant Michael Richards

F. Responses to First Set of Interrogatories and Requests for Production Propounded to Defendant Calvin Reed.

G. Responses to First Set of Interrogatories and Requests for Production Propounded to Defendant Ryan McKinley (whose name is actually McKinney)

H. Responses to First Set of Interrogatories and Requests for Production Propounded to Defendant Tonya Parker

I. Affidavit of Tonya Parker

Exhibit A

DVD of jail security surveillance (forwarded to chambers under separate cover)