AFFIDAVIT OF TONYA PARKER

Tonya Parker, having been sworn, deposes and states:

My name is Tonya Parker, and I am a corporal at the Saline County Detention Center. I held that rank on April 13, 2011. I was on duty on that day when Casey Babovec was brought to the jail. I gave a statement to investigators, and it is attached hereto. The facts and representations contained therein are true and correct to the best of my information and belief.

Dated this 17th day of December, 2014.

_____
TONYA PARKER

STATE OF ARKANSAS )
                 )SS.
COUNTY OF SALINE   )

Subscribed sworn to before me on this 17th day of December, 2014.

RHONDA MALONE
MY COMMISSION # 12389493
EXPIRES: October 4, 2022
Saline County

_____
Notary Public

OFFICER REPORT

Today in booking officer Edens brought in an individual by the name of Casey Babovec dob 02-24-81 at aprrox.1330. Mr Babovec was brought in for DWI, Careless Driving, Driving on a susp DL, he also had a parole hold, When the individual was brougnt in he was already agitated and non compliant , I (Cpl Parker) asked him to empty his pockets and he threw the change into the bucket and he couldnt seem to keep his hands on the counter when he was being patted down by Cpl Griffin. Mr Babovec was asked questions by Officer Eden and didn't want to answer them without some sort of rude comment to the officer. Mr Babovec was placed in holding cell 1. At approx.1645 Mr Babovec was acting extremely agitated, also yelling and knocking on the door and pacing back and forth in the holding cell, officer Shelnutt and I (Cpl Parker) went to the holding cell to ask the individual to settle down and go sit down and he stated he had soiled his pants, and so he was taken out of the cell and taken to the shower area accompanied by Dep. McGuire and Sgt Mckinney to change his pants. He was placed back into the holding cell. At approx.1710 Dep. Mcguire yelled fight in holding cell and Dep. Shelnut, Dep. McGuire, Dep. Fenton and I (Dep Parker) opened the door and Dep. Mcguire told Babovec to come out of the holding cell and he refused and Dep Mcguire grabbed Babovec and forced him out of the cell with the help of Dep. Shelnutt and Dep. Fenton. Mr Babovec resisted and kept fighting and they wrestled him to the ground and he kept fighting the officers, kicking and trying to hit the officers and he also started urinating. Dep Reed and Dep. Griffin and I (Cpl Parker) came in and assisted to help get control of the subject. Mr Babovec had passed out and he was then placed into holding cell 5, while he was taken into the cell he was placed on his side and the individual was snoring at that time, after about a couple of minutes I noticed that there were no movements coming from the individuals stomach so we placed him on his back and I grabbed his wrist to check his pulse and there was none. We immediately ripped his shirt off and yelled for the CPR and the difiberlator, Dep. Reed placed the CPR mask on him and Dep Pruitt started the chest compressions and Dep Reed started the blowing in the airways,, I kept checking for heartbeat and also checking the wrist for a pulse and there was none at this time still and that is when he was hooked up to the defibulator. The defibulator was not giving us the command to shock him so we continued the Cpr. Dep. Pruitt was doing 30 compressions and Dep Reed was doing the 2 breaths. Rescue showed up approx 1715 and came in suctioned him as the Deputies continued the Cpr. The ambulance came and they strapped him to the backboard and he was placed into the ambulance and transported to the hospital.

*Cpl Parker*
*4-13-11*

*CID#-04726-11*



# ARKANSAS STATE POLICE

ASP-3 (Rev. 09/00)

## Criminal Investigation Division
## Case Form

| | |
|---|---|
| Date: | MAY 16, 2011 |
| Dictated by: | SA JOE PICKETT |
| Date Typed: | MAY 23, 2011 proofed MB |
| Copies to: | SA JOE PICKETT |
| | SA DAVID MOSS |

### INTERVIEW OF WITNESS

TONYA PARKER
W/F, ████████
735 SOUTH NEELEY
BENTON, AR 72015
████████

POE: SALINE COUNTY SHERIFF'S OFFICE

On May 16, 2011 I interviewed TONYA PARKER at the Saline County Sheriff's Office in reference to this case. The interview began at approximately 11:50 am and concluded at approximately 12:20 pm. The interview was audio recorded and a copy of the recording will be made a part of this file. PARKER and I were the only people present at the time of the interview. An ASP 6B and handwritten statement were completed and will be made a part of this file. PARKER's statement is as follows.

"I Cpl. PARKER was out in booking when an altercation started with inmate BABACHEK. BABACHEK had gotten into a fight with another individual in holding cell number one. When officers opened door he was brought out of the holding cell and he started fighting with them, Officer GRIFFEN, Officer REED, and Officer FENTON was getting his top area of this individual subdued, and Officer SHELNUTT and I were getting the bottom part under control. He was fighting us and seemed to have a lot of strength and Officer REED could not get his handcuffs on right away. After two or three tries of him fighting (BABACHEK) Officer REED finally got them on him. At this time he started urinating all over himself and it was running out both sides of his legs and he seemed to be calmed down at this time. After he quit fighting they rolled him on his side and left him lay there for a couple of minutes and the Officer REED pulled him into cell number five. As we were heading to cell five I was watching Mr. BABACHEK's chest and seeing to make sure he was breathing, as we got into cell number five, I noticed I didn't see any chest movement or any face movements and so I check his wrist for a pulse, checked his neck and pelvic area for any pulse. There was no chest movement and so I called for CPR and immediately started chest compressions, we did this for seemed like forever, but only a few minutes passed, we also had the defibrillator brought in and Officer SHELLNUT hooked the machine up to him and every time the machine would say clear it wouldn't read anything and it would say to start

FILE NUMBER: CID-A-04326-11          CRIME: DEATH INVESTIGATION

ASP-3
PAGE 2

CPR again. We continued this till rescue showed up and then the ambulance came soon after. The ambulance took him to the hospital. We never got a response or any pulse from him the whole time we worked on him."

FILE NUMBER: CID-A-04326-11                                    CRIME: DEATH INVESTIGATION