IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBIN BABOVEC, As Special Administratrix**
**Of The Estate Of Casey Babovec, Deceased**                                    **PLAINTIFF**

v.                          Case No. 4:13-cv-00699-KGB

**DEPUTY AND OFFICERS MIKE RICHARDS,**
**TONYA PARKER, CALVIN REED, SAM**
**GRIFFIN, DION McGUIRE, RYAN McKINLEY,**
**DAVID FENTON, JAMES PAYNE, NANCY**
**SHELNUTT, BRUCE PENNINGTON, JOHN**
**and JANE DOES I-V, COUNTY OF SALINE**                                    **DEFENDANTS**

## ORDER

Before the Court is defendants' uncontested motion to amend scheduling order to provide for filing of pretrial disclosure sheets and trial briefs after the Court's ruling on defendants' motion for summary judgment (Dkt. No. 25). The Court grants defendants' motion. The parties are allowed to defer filing of pretrial disclosure sheets and trial briefs until after the Court's ruling on defendants' motion for summary judgment. If necessary, after the Court rules on defendants' motion for summary judgment, the Court will set revised filing dates for the documents by separate order.

IT IS SO ORDERED this the 6th day of January, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE