IN THE UNITED STATES DISTRICT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBIN BABOVEC, As Special Administratrix
of the Estate of Casey Babovec, Deceased      PLAINTIFF

vs.                    NO. 4:13CV0699KGB

DEPUTY AND OFFICERS MIKE RICHARDS
TONYA PARKER, CALVIN REED, SAM
GRIFFIN, DION MCGUIRE, RYAN MCKINLEY,
DAVID FENTON, JAMES PAYNE, NANCY
SHELLNUT, BRUCE PENNINGTON,
JOHN and JANE DOES
I-V, COUNTY OF SALINE                          DEFENDANTS

## PLAINTIFF'S RESPONSE MOTION FOR SUMMARY JUDGMENT

Comes now the plaintiff, Robin Babovec, as Special Administratrix of the Estate of Casey Babovec, deceased, by and through her attorneys, James F. Swindoll and the Law Offices of James F. Swindoll, and for her response to the motion for summary judgment, states:

1.   Summary judgment is not proper as there are genuine issues of material facts as to the cause of action alleged by the plaintiff.

2.   Qualified immunity does not apply to the defendants because the conduct of the defendants violated the Casey Babovec's Fourteenth

Amendment due process rights and these rights were clearly established at the time of the deprivation.

3. Defendants were deliberately indifferent to the serious medical needs of Casey Babovec when he exhibited signs of drug intoxication, requested medical care and was denied medical care.

4. The force used against the Casey Babovec was excessive, punitive and amounted to a violation of his Fourteenth Amendment due process rights.

5. Defendants were deliberately indifferent to the serious medical needs of Casey Babovec when they did not immediately summon medical care for him when he was unconscious following their use of force on him.

6. The County of Saline is liable for the pattern and practices of denying medical care to detainees and use of excessive force against detainees.

7. Punitive damages are proper in this case as individual defendant's conduct exceeds the threshold of "reckless indifference" to Casey Babovec's federally protected rights.

8. The following exhibits are attached with Exhibit "7" being forwarded to the Judge and Defendants under separate cover.

Exhibit "1"  Affidavit of Dr. Charles Kokes;

Exhibit "2"   Affidavit and report of Dr. Michael Lyman;

Exhibit "3"   Deposition of Sheriff Bruce Pennington, Volume 2;

Exhibit "4"   Sworn Statement of Christi Nichols;

Exhibit "5"   Sworn Statement of Carolyn Voiles;

Exhibit "6"   Deposition of Mike Richards;

Exhibit "7"   Detention Center video tape; and

Exhibit "8"   Saline County Quorum Court Minutes, October 2008.

9.   A brief in support is attached and incorporated herein.

**WHEREFORE**, the plaintiff, Robin Babovec, prays the defendants' motion for summary judgment be denied, for her costs and for all other just and proper relief.

Respectfully submitted,

/s/ **James F. Swindoll**
Bar Number 77131
Attorney for Plaintiff
Law Offices of James F. Swindoll
212 Center Street, Suite 300
Little Rock, Arkansas  72201
(501) 374-1290
E-mail: jswindoll@swindolllaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 9, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. George D. Ellis
**Ellis Law Firm**
Attorneys at Law
Post Office Box 2307
Benton, Arkansas  72018-2307

                                        /s/ **James F. Swindoll**
                                        Bar Number 77131
                                        Attorney for Plaintiff
                                        Law Offices of James F. Swindoll
                                        212 Center Street, Suite 300
                                        Little Rock, Arkansas  72201
                                        (501) 374-1290
                                        E-mail: jswindoll@swindolllaw.com