IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBIN BABOVEC, As Special Administratrix
of the Estate of Casey Babovec, Deceased                    PLAINTIFF

vs.                          NO. 4:13CV0699KGB

DEPUTY AND OFFICERS MIKE RICHARDS
TONYA PARKER, CALVIN REED, SAM
GRIFFIN, DION MCGUIRE, RYAN MCKINLEY,
DAVID FENTON, JAMES PAYNE, NANCY
SHELLNUT, BRUCE PENNINGTON,
JOHN and JANE DOES I-V, COUNTY OF SALINE          DEFENDANTS

## AFFIDAVIT OF DR. CHARLES P. KOKES

The attached report crime lab report are the circumstances known to me as reviewer of the report.

The cause of death was methamphetamine intoxication, with contributory causes of struggle, restraint, and exertion.  There were essentially three (3) key factors which caused death.  There is evidence of methamphetamine intoxication, which produces abnormal cardiac function. There are investigative and autopsy findings which indicate a period of compression asphyxia, which would have further compromised normal cardiac function.  The struggle and exertion which immediately preceded his death would have increased heart rate and blood pressure, again compromising normal cardiac function. In combination, these factors

EXHIBIT
1

produced a fatal cardiac arrhythmia, and subsequent death. It is unlikely that Mr. Babovec would have died when he did if all three (3) factors had not been in present.

_____
Charles P. Kokes, M.D.

Date: 1/8/15

STATE OF ARKANSAS

COUNTY OF PULASKI

SUBSCRIBED AND SWORN TO before me, a Notary Public, on this the 8th day of January, 2015.

_____
NOTARY PUBLIC

My Commission Expires: 8-4-16

# ARKANSAS STATE CRIME LABORATORY



Mike Beebe
Governor



Kermit B. Channell, II
Executive Director

December 16, 2014

Dear Mr. Ellis,

This is a true and certified copy of the lab reports of ME 347-11. This file is kept in the normal business of the Arkansas State Crime Laboratory. The Crime Laboratory maintains its files in a secure manner at all times.

Richard J. Gallagher
Assistant Director
Custodian of Records

County of Pulaski
State of Arkansas
Subscribed and sworn to before me, the undersigned Notary Public on this 16th day of December, 2014.

My commission expires March 26, 2021



LOYNETA WRIGHT
MY COMMISSION # 12380923
EXPIRES: March 26, 2021
Pulaski County

#3 Natural Resources Drive • P.O. Box 8500 • Little Rock, Arkansas 72215

Fax 501-227-0713
Phone 501-227-5747
Laboratory Services

Fax 501-221-1653
Phone 501-227-5936
Medical Examiner







# ARKANSAS STATE CRIME LABORATORY

Mike Beebe
Governor

Kermit B. Channell II
Executive Director

## MEDICAL EXAMINER DIVISION

| | | | |
|---|---|---|---|
| **Case No:** | ME-347-11 | **Date of Examination:** | April 14, 2011 |
| **Name:** | BABOVEC, Casey Shane | | |
| **Age:** | 30 years | **Race:** White | **Sex:** Male |
| **County:** | Saline | | |

## CONCLUSIONS

**CAUSE OF DEATH:** Methamphetamine Intoxication.

**CONTRIBUTORY FACTORS:** Struggle, Restraint and Exertion.

**MANNER OF DEATH:** Undetermined.

Daniel W. Dye, M. D.
Associate Medical Examiner – Pathologist of Record

13 May 2011
Date

Daniel J. Konzelmann, M. D.
Associate Medical Examiner – Reviewer

Charles P. Kokes, M. D.
Chief Medical Examiner - Reviewer

05-13-11/dec

8 Page Report/Page 1

#3 Natural Resources Drive • P.O. Box 8500 • Little Rock, Arkansas 72215

Fax 501-227-0713
Phone 501-227-5747
Laboratory Services

Fax 501-221-1653
Phone 501-227-5936
Medical Examiner

| NAME: BABOVEC, Casey | DATE: 04-14-11 | NO: ME-347-11 |
|---|---|---|

## EXTERNAL DESCRIPTION:

The unembalmed, well preserved body is that of a white male that appears the reported age of 30 years. The body is 67 inches in length and weighs 231 pounds. Rigor mortis has developed and is broken with difficulty. Blanching purple livor mortis covers the back. The body is cold to touch and has been refrigerated. On the upper extremities and torso are multiple patterned and scripted tattoos in locations and distributions documented photographically and on the body diagram. The body is received clad in a brown, blue, and white striped shirt that has been sharply cut along the anterior aspect of the garment, and orange pants. No other articles of clothing accompany the body. The decedent has straight brown hair. The sclerae are anicteric. The irides are brown. The left earlobe is pierced once. The nares are patent. The teeth are natural and appear healthy. No fracture is palpable in the zygomatic arches. The neck is appropriately mobile and free of mass and scar. The hairy chest and taut abdomen are free of scar. The external genitalia are those of a normal male and are free of injury. The back and anus are free of scar. Scattered about the skin of the upper extremities are trivial scars that do not overlie veins. No fracture is palpable in the long bones. No bags cover the hands. Five digits are on each hand. The fingernails are shorter than the fingertips, roughly trimmed, and dirty. No tissue or fabric is beneath the nails. Black apparent fingerprint ink is on the fingers and palms of the hands. The hands are markedly dingy. The nail beds are purple. On the anterior aspect of the right thigh is a 3.8 inch scar, and on the skin of the left knee are 1.0 and 3.0 inch scars. The legs are free of edema. No fracture is palpable in the long bones. Hair grows from groin to ankle, on the feet, and on the toes. Five toes are on each foot.

## EVIDENCE OF MEDICAL ATTENTION:

1. An orotracheal tube is in the mouth.
2. A vascular line is taped on the left side of the neck.
3. Cardiac monitoring leads and defibrillator pads are on the torso.
4. A needle puncture mark, covered by gauze and tape, is on the skin of the left antecubital fossa.
5. Around the left wrist is a hospital identification band that bears the name "Babovec, Casey" and the medical record number "16-68-10".

## EVIDENCE OF OLD INJURY:

None, except for scars mentioned above.

## EVIDENCE OF RECENT INJURY:

Evidence of Compression Asphyxia:

The circumstances surrounding death provide evidence for compression (mechanical) asphyxia. In addition, punctate petechiae are on the right temporal sclera and conjunctiva. A

8 Page Report/Page 2

**NAME:** BABOVEC, Casey     **DATE:** 04-14-11     **NO:** ME-347-11

circular petechial hemorrhage is on the gums of the upper jaw that measures 0.1 inch in diameter. In the right sternocleidomastoid muscle, at the insertion on the clavicle, is a 1.4 cm hemorrhage.

The body also bears recent injuries due to blunt force. The injuries are described below according to the body region in which they occur and the order they are examined.

Head and Neck
1. On the middle of the forehead is an irregularly shaped faint purple contusion that measures 2 inches in maximum dimension.
2. Extravasated blood is in the soft tissues underlying this contusion. The skull is not fractured.
3. The lips are contused. On the inner aspect of the right side of the lower lip are two lacerations that measure 0.4 and 0.5 inch.

Torso:
    On the left side of the lower aspect of the back is a 0.9 inch superficial abrasion.

Extremities:
1. On the skin of the right elbow is an irregularly shaped purple contusion that measures 2.6 inches in maximum dimension.
2. On the anterior aspect of the right wrist is an elliptically shaped faint purple contusion that measures 2 inches in maximum dimension. At the medial edge of this contusion is a 0.3 inch superficial abrasion.
3. On the anterior aspect of the left wrist are two punctate superficial abrasions.
4. On the medial aspect of the left thigh is an elliptically shaped purple contusion that measures 2.5 inches in maximum dimension.

## INTERNAL EXAMINATION

The mesothelial surfaces are smooth, glistening, and free of mass. The pleural, pericardial, and peritoneal cavities are free of excess fluid.

## CARDIOVASCULAR SYSTEM:

The coronary arteries arise normally and follow their usual courses. The coronary arteries are free of dilatation and atheroma. Serial sections of the 420 gram heart reveal maroon myocardium that is free of softening, discoloration, and scar. The left ventricular free wall and interventricular septum are of similar thickness. The chambers are not dilated. The septa are free of defect. The endocardium is free of mural thrombi. The valves are thin, pliant, and normal in form. The aorta is free of dilatation and atheroma.

se: 2011-007976 By Perra Mishele 95/04/20195:98 KGBDocument 22-27 Filed File/12/01/09/45ge Page 7 of 11

**NAME:** BABOVEC, Casey     **DATE:** 04-14-11     **NO:** ME-347-11

## RESPIRATORY SYSTEM:

The right lung weighs 710 grams, and the left lung weighs 600 grams. The lungs are composed of edematous maroon tissue that is free of mass, consolidation, thromboemboli, and emphysema. The trachea and bronchi are patent. The tracheal mucosa is smooth and pink.

## NECK ORGANS:

The tongue is free of laceration and contusion. The pharynx is not obstructed. The deep strap muscles are free of contusion. The thyroid cartilage and hyoid bone are free of fracture. The laryngeal mucosa is edematous and purple.

## ALIMENTARY TRACT:

The esophageal mucosa is smooth and white to purple. Within the stomach are approximately 100 mL of brown liquid and two fragments of plastic that are both tied in overhand knots. The bags contain no material with visual inspection. The stomach and duodenum are free of mass and ulcer. No mass is palpable within the small or large intestine. The appendix is present.

## LIVER AND PANCREAS:

The 2315 gram liver has an intact capsule and is composed of brown tissue free of mass and scar. The gallbladder wall is thin, pliant, and free of mass. The gallbladder contains no stones. The pancreas is composed of lobular tan tissue free of cyst, mass, and scar.

## GENITOURINARY SYSTEM:

The right kidney weighs 210 grams, and the left kidney weighs 170 grams. Each kidney is composed of a tan cortex surrounding maroon pyramids. The kidneys are free of cyst, mass, scar, hemorrhage, abscess, and stone. The ureters are not dilated. The bladder mucosa is smooth and purple. The bladder contains no urine. The prostate is not enlarged.

## IMMUNOLOGIC SYSTEM:

The 245 gram spleen has an intact capsule. The spleen, which is free of mass, is composed of red and white pulp. The cervical, hilar, and peritoneal lymph nodes are not enlarged.

## ENDOCRINE SYSTEM:

The thyroid is composed of maroon tissue free of cyst, mass, and scar. The adrenal glands are composed of yellow cortices surrounding brown medullae and are free of mass.

| NAME: BABOVEC, Casey | DATE: 04-14-11 | NO: ME-347-11 |

## MUSCULOSKELETAL SYSTEM:

The abdominal panniculus is 5.0 cm at its thickest point. The ribs and spine are normal in form and free of fracture.

## CENTRAL NERVOUS SYSTEM:

The calvarium is free of fracture. No thrombus is in the dural sinuses. The meninges are smooth, glistening, and free of mass. No blood is in the epidural, subdural, or subarachnoid space. The hemispheres are symmetric. The 1560 gram brain is free of tonsillar, uncal, and cingulate gyrus herniation. The vessels at the base of the brain are intact and free of dilatation and atheroma. The cerebral hemispheres, midbrain, pons, cerebellum, and medulla are free of cystic scar, hemorrhage, and mass. The distribution of the grey and white matter is normal. The ventricles are not enlarged and contain no blood.

## HISTOLOGY:

Heart: The myocardium is free of inflammatory infiltrate and necrosis. Sections from the myocardium near the AV node and the SA node are free of inflammation and necrosis.

Lungs: The alveoli are normal in form. The sections are congested and free of significant inflammatory infiltrate and birefringent foreign body material.

Liver: Roughly 25% of the hepatocytes are involved by fatty change and fibrosis appears increased in the periportal zones. The liver is free of significant inflammatory infiltrate.

Kidney: A section is free of histopathologic change and birefringent foreign body material. The arteriolar walls are not thickened.

Brain: The hippocampal nuclei are free of histopathologic change. The vessels are congested, but not inflamed.

## RADIOLOGY:

No radiographs are taken.

## IDENTIFICATION:

The body was identified by the Saline County Sheriff's Office and a tag attached to the left great toe identifies the body as "Casey Babouee; 347-11; Saline CO".

**NAME:** BABOVEC, Casey          **DATE:** 04-14-11          **NO:** ME-347-11

## EVIDENCE:

A blood card for DNA, fingerprints, palm prints, pulled hair samples, wet tissue, the plastic bags recovered from the stomach and the clothing are retained.

## SPECIMENS:

Heart blood, peripheral blood, gastric contents, and vitreous humor are retained.

## WITNESSES:

No visitors from outside agencies are present during the autopsy.

### LABORATORY RESULTS

TOXICOLOGY:

| | | |
|---|---|---|
| Gastric contents | | |
| *General Toxicology* | | |
| Methamphetamine | present | |
| Diazepam | present | |
| Heart blood | | |
| *Volatiles assay* | | |
| Acetone | not detected | |
| Ethanol | not detected | |
| Isopropanol | not detected | |
| Methanol | not detected | |
| Peripheral blood | | |
| *General Toxicology* | | |
| Amphetamine | <0.10 µg/mL | |
| Atropine | present | |
| Diazepam | <0.05 µg/mL | |
| Nordiazepam | <0.05 µg/mL | |
| Methamphetamine | 0.60 µg/mL | |
| Vitreous humor | | |
| *Volatiles assay* | | |
| Acetone | not detected | |
| Ethanol | not detected | |
| Isopropanol | not detected | |
| Methanol | not detected | |

e: 2011-007976 By Peg Case 4:13-cv-00099-KGB Document 22-7 Filed 12/21/09 Page 10 of 11

## FINDINGS

I.    Methamphetamine intoxication.
      A. See opinion and toxicology report.
      B. Fragments of plastic tied in overhand knots in stomach.

II.   Evidence of compression (mechanical) asphyxia.
      A. Petechiae of gums, and conjunctiva/sclera of right eye.
      B. Hemorrhage in right sternocleidomastoid muscle.

III.  Blunt force injuries.
      A. Head:
           1. Contusions of forehead and lips.
           2. Lacerations of lower lip.
      B. Torso; superficial abrasion of back.
      C. Extremity:
           1. Contusions of right elbow and left thigh.
           2. Contusions with associated abrasions of right wrist and abrasions of left wrist.

IV.  No evidence of significant disease.

## OPINION:

It is our opinion, based on the circumstances surrounding death and the findings at autopsy that Casey Babovec died as a result of methamphetamine intoxication. Struggle, restraint and exertion contributed to his death.

Mr. Babovec was a 30-year-old white male, who was arrested for driving under the influence and taken to the Saline County Detention Facility on April 13, 2011. Mr. Babovec was in a holding cell with other inmates when a fight broke out between Mr. Babovec and one of the other individuals in the cell. Mr. Babovec was removed from the cell and scuffled with officers trying to handcuff Mr. Babovec. After removing Mr. Babovec from the cell, during the scuffle, a Taser was used to stun Mr. Babovec. After Mr. Babovec was subdued, he was taken to an isolation cell where shortly thereafter he was discovered to be unresponsive.

Autopsy revealed superficial blunt force injuries on the head, torso, and extremities that were likely sustained during the scuffle with police. There was no evidence of significant natural disease. There were petechiae on the gums and on the right sclera and right conjunctiva. Toxicological analyses detected methamphetamine in the peripheral blood in a [toxic] concentration of 0.60 mg/L. Methamphetamine was also present in the gastric contents where two empty plastic baggies were recovered from the stomach at autopsy. No alcohols were detected. Amphetamine (a metabolite of methamphetamine) and atropine (administered during

se: 2011-007976 By Pe Case 4:13-cv-00899-KGB Document 22-27 Filed 12/01/09/Page Page 11 of 11

NAME: BABOVEC, Casey      DATE: 04-14-11      NO: ME-347-11

resuscitative efforts) in addition to trace amounts of diazepam and nordiazepam were also detected in the peripheral blood. Diazepam was also detected in the gastric contents.

The chain of events set into action in this case all stemmed from Mr. Babovec's ingestion of methamphetamine. The toxic affects of methamphetamine, in addition to pain from fighting with others, pain from the use of a Taser, and restraint by law enforcement officers likely to caused catecholamine release and a fatal cardiac dysrhythmia. Unfortunately, the system for classification of manner of death cannot accurately describe the chain of events that were set into motion following Mr. Babovec's ingestion of methamphetamine. Therefore it is our opinion that the manner of death is best classified as undetermined.

**MANNER OF DEATH:**      Undetermined.