IN THE MATTER OF CASEY BABOVEC

EXAMINATION UNDER OATH (VIA VIDEO)

OF

CAROLYN A. VOILES

(Taken March 26, 2013, at 10:10 a.m.)

LEE ANN DICKENS, CCR
7315 I STREET
LITTLE ROCK, ARKANSAS  72207.
(501)614-7367

ORIGINAL

EXHIBIT 5

# APPEARANCES

MR. JAMES F. SWINDOLL
THE LAW OFFICES OF JAMES F. SWINDOLL
212 CENTER STREET
SUITE 300
LITTLE ROCK, ARKANSAS   72201


ALSO PRESENT:   MR. MIKE TSCHIEMER, The Videographer


LEE ANN DICKENS, CCR
(501) 614-7367

# INDEX

STYLE AND NUMBER. . . . . . . . . . . . . . . . .   1

APPEARANCES . . . . . . . . . . . . . . . . . . .   2

PROCEEDINGS . . . . . . . . . . . . . . . . . . .   4

WITNESS:   **CAROLYN A. VOILES**

    Examination by Mr. Swindoll. . . . . . . . . .   5

PROCEEDINGS CONCLUDED . . . . . . . . . . . . . .  18

COURT REPORTER'S CERTIFICATE. . . . . . . . . . .  19

```
 1                        P R O C E E D I N G S
 2          THE EXAMINATION UNDER OATH OF CAROLYN A. VOILES
 3    (VIA VIDEO), taken in the above-referenced cause on
 4    the 26th day of March, 2013, before Lee Ann Dickens,
 5    Arkansas Supreme Court Certified Court Reporter #403,
 6    a Notary Public in and for Pulaski County, Arkansas,
 7    at 10:10 a.m., at the law offices of Mr. James F.
 8    Swindoll, The Law Offices of James F. Swindoll, 212
 9    Center Street, Suite 300, Little Rock, Arkansas.
10
11                      *  *  *  *  *  *  *  *  *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

5

P R O C E E D I N G S

THEREUPON,

**CAROLYN A. VOILES,**

THE WITNESS HEREINBEFORE NAMED, having been first duly cautioned and sworn by me to testify to the truth, the whole truth, and nothing but the truth, testified on her oath as follows, to-wit:

**EXAMINATION**

BY MR. SWINDOLL:

Q  Would you give us your full name, please.
A  Carolyn Ann Voiles.
Q  Okay.
   Ms. Voiles, how old are you?
A  I'm 43.
Q  Are you here by voluntary appearance today?
A  Yes, sir.
Q  You've not been subpoenaed?
A  No, sir.
Q  And you're here to tell the truth today?
A  Yes, sir.
Q  And you're sworn to tell the truth today?
A  Yes, sir.
Q  Were you in the jail in Saline County on April

CAROLYN A. VOILES                                    6

1   13th of 2011?
2               MR. SWINDOLL: If that's your phone,
3       let's stop it. That's okay. It will
4       interfere with the video, so we -
5               THE WITNESS: Hey. I'll call you
6       back.
7               He's a truck driver. He's calling
8       for instructions. I know what he's doing.
9       I'm sorry. I'm trying to turn it off. I
10      don't know how to do it.
11              MR. SWINDOLL: That's fine. Just
12      take your time. We're not in a hurry.
13              THE WITNESS: I just turned the
14      volume down. I don't know how to turn it
15      off. I'm sorry.
16  Q   (By Mr. Swindoll) Carolyn, let me take you back
17  to April 13th, 2011, a little after 5:00 o'clock in
18  the detention center in Saline County. You say you
19  were there?
20  A   Yes, sir.
21  Q   Did you see a man named Casey Babovec that day?
22  A   Yes, sir.
23  Q   Okay.
24      Did you see a person named Christy Nichols there
25  that day?

LEE ANN DICKENS, CCR
(501) 614-7367

CAROLYN A. VOILES 7

1  A   Yes, sir.
2  Q   Okay.
3      I'm going to ask you a few questions. I'll ask
4  you to just kind of tell us all what you saw.
5  A   Okay.
6  Q   For example, did you see Casey Babovec when they
7  -- when he came out and they changed his pants that
8  day? Put him into an -- orange pants?
9  A   Yes.
10 Q   Now, they had a striped shirt --
11 A   Yes.
12 Q   -- on him?
13 A   Yes.
14 Q   Okay.
15     You saw them bring him out of the cell --
16 A   Yes.
17 Q   -- and put him back in those pants?
18 A   Yes.
19 Q   Now, in your own words today without any
20 intimidation, tell us what you saw that day and then
21 I'll follow-up with some questions.
22 A   There was a knock on the door and they said that
23 he had struck somebody. When they opened the door,
24 he was on his knees -- it looked like he was on his
25 knees and three officers were prepared for a fight or

CAROLYN A. VOILES     8

1  whatever. They snatched him and pulled him up out of
2  there, three of them did.
3  Q   Okay.
4  A   And that's when he was hollering I can't
5  breathe, and they -- and they started to twist his
6  arm. And he said I'm not resisting. I can't
7  breathe. And it just progressed from there to where
8  they ended up all on top of him hitting him, tasing
9  him. And --
10 Q   Okay.
11 A   -- then they drug him into the room.
12 Q   Okay.
13    Now, you were standing there for the whole time
14 and saw that?
15 A   Yes, sir.
16 Q   And just for the record, let's be sure. You
17 heard Casey Babovec tell them that he couldn't
18 breathe?
19 A   Yes, sir.
20 Q   Okay.
21    Did you hear him ask for medical help?
22 A   He said I'm not resisting. I can't breathe.
23 Q   Okay.
24    And you saw them tase him and take him to the
25 floor?

LEE ANN DICKENS, CCR
(501) 614-7367

CAROLYN A. VOILES 9

1   A   Yes, sir.
2   Q   And there were a number of deputies which the
3 video shows very clearly?
4   A   Yes, sir.
5   Q   Were some of them on top of him?
6   A   Yes.
7   Q   Okay.
8       Now, you saw them tase Casey?
9   A   Yes, sir.
10   Q   At least twice?
11   A   Twice.
12   Q   Is that what you've told me?
13   A   Yes, sir.
14   Q   Did you see the taser in operation such that
15 it -- did they shoot the tasers and the things --
16   A   One of them --
17   Q   -- come out?
18   A   One of them did.
19   Q   Okay.
20   A   Yes, sir.
21   Q   And another one was done a different way?
22   A   It was done to the skin.
23   Q   Just on to his skin?
24   A   Yes, sir.
25   Q   Okay.

LEE ANN DICKENS, CCR
(501) 614-7367

CAROLYN A. VOILES  10

1  Now, as they were on top of him, could you hear
2  Casey say I'm not resisting?
3  A   Yes.
4  Q   Did you hear Casey say that he couldn't breathe
5  while they were on top of him?
6  A   Yes, sir.
7  Q   What is the last thing you heard Casey Babovec
8  say that day?
9  A   I'm not resisting.
10 Q   Okay.
11     Now, at some point Casey stopped moving?
12 A   Yes, sir.
13 Q   Is that right?
14 A   Yes, sir.
15 Q   Did you see the officers drag him into another
16 cell?
17 A   Yes.
18 Q   Was Casey able to get up or move at all --
19 A   No.
20 Q   -- at the end of this?
21 A   No.
22 Q   Okay.
23     You didn't see what happened in the other cell?
24 A   No, sir.
25 Q   Did you see the officers after they dragged him

LEE ANN DICKENS, CCR
(501) 614-7367

CAROLYN A. VOILES                                11

1  into the other cell come back out into the area where
2  you were?
3  A    Yes, sir.
4  Q    Would you describe for us what you heard the
5  officers say at that time?
6  A    When they came back out after they drug him in
7  there, they said he's not breathing or something to
8  that effect. They went to get the thing to -- the --
9  whatever that's thing's called to make them -- the
10 heart start back or whatever.
11 Q    Okay.
12 A    And they put us in a cell so we wouldn't witness
13 what was going on.
14 Q    Did you hear the officers laughing?
15 A    Yes, sir.
16 Q    Tell us what you saw.
17 A    They was talking about how he had -- their words
18 shit his-self and why couldn't he just take care of
19 himself or something to that effect.
20 Q    Okay.
21 A    And they thought it was funny that he had went
22 to the bathroom on his-self.
23 Q    Okay.
24      Now, did you see any more that day? For
25 example, did you see or talk to Christy Nichols that

LEE ANN DICKENS, CCR
(501) 614-7367

1  day?
2  A   Yes, sir.
3  Q   You said they put you in a cell. Did they put
4  you in a cell with Christy Nichols?
5  A   No. We were in separate cells, but you could
6  hear her hollering they -- they had killed him. They
7  said -- you know, and they -- from what I was told
8  about that, she was restrained as well to a chair.
9  And they had to medicate her or something to that
10 effect is what I was told.
11 Q   Do you believe that Tracy was alive -- or Casey
12 was alive when they took him out of the cell from
13 your witness?
14 A   When they took him out of the first cell --
15 Q   Yeah.
16 A   -- and started beating on him, yeah. He was
17 alive.
18 Q   You think -- okay.
19 A   Now, when they took him to the other cell, no.
20 I don't believe he was because he had already
21 defecated or whatever on himself. And usually when
22 someone passes that's when --
23 Q   The fluids come out?
24 A   Right. And he had went pee, and -- you know.
25 Q   On himself?

CAROLYN A. VOILES     13

1  A  On himself.
2  Q  And so you believe he died right there?
3  A  Yes.
4  Q  And he died with police officers on top of him?
5  A  Yes, sir.
6  Q  Do you know how many officers that day?
7  A  About seven, eight.
8  Q  Can you name any of the officers that you know
9  were involved?
10 A  I know the girl's name was Shellnut. And I
11 don't --
12 Q  Okay.
13 A  I'm trying to remember the other ones. I don't
14 remember the other ones. I remember her because she
15 was (inaudible).
16 Q  Now, the statements that Casey made, you heard
17 those clearly?
18 A  Yes, sir.
19 Q  Were they loud enough for you to hear? How far
20 away were you when you could hear Casey say that?
21 A  The width of this table, which is probably 10 to
22 12 feet.
23 Q  Were they loud enough where you think the
24 officers could have obviously heard Casey --
25 A  Yes, sir.

CAROLYN A. VOILES                                14

1  Q  -- say that?
2  A  Yes, sir.
3  Q  In your judgment, was Casey resisting?
4  A  No.
5  Q  Casey was -- you said also a minute ago that
6  Casey was talking about his left arm or his arm was
7  hurting?
8  A  His arm. It sounded like he said something
9  about his arm because he kept trying to hold it --
10 get it back like he was having a heart attack, or
11 something.
12 Q  Okay.
13 A  And the only reason that I say that is because
14 my husband had a heart attack and that's how his arm
15 was also.
16 Q  Okay.
17    Now, did -- after this occurred and they put you
18 in the cell, did anybody come talk to you?
19 A  They put us in -- after I was booked, they put
20 me in a pod. They came in -- I think it was the next
21 day --
22 Q  Uh-huh.
23 A  -- and took me. And there was like four or five
24 police officers that escorted me to this little room
25 and talked to -- one of them talked to me there.

LEE ANN DICKENS, CCR
(501) 614-7367

CAROLYN A. VOILES                                                   15

1   Q   Were you intimidated at the time?
2   A   I felt like it because the two officers that had
3   been involved in it were standing outside of the room
4   that the state -- I guess it was the state police
5   officer --
6   Q   Uh-huh.
7   A   -- that was talking to me.
8   Q   Yeah.
9   A   They kept coming back and forth across. You
10  could see through the window where they kept walking
11  back and forth in front of that door.
12  Q   Were they looking at you?
13  A   Yes, sir. Like --
14  Q   Did you -
15  A   -- you better not --
16  Q   Did you feel intimidated?
17  A   I did. I felt like I -- you know, if I said
18  something it was going to happen to me.
19  Q   As a result of that, did you tell the truth to
20  the state -
21  A   No.
22  Q   -- police officer?
23  A   I did not.
24  Q   Did you tell the state police officer instead
25  that Casey was resisting?

CAROLYN A. VOILES                          16

1   A    No.  I didn't say that, I don't think.
2   Q    What did you say; do you remember?
3   A    I think I said it -- you know, it was all --
4   they didn't really ask about Casey.  They asked about
5   the police officers that I felt had done anything
6   wrong or did I feel they used extreme force.  And I
7   said, No.  Not really.
8   Q    Okay.
9        And that was because of the intimidation --
10  A    Yes, sir.
11  Q    -- aspect of it?
12       So two of the officers who were involved in the
13  death of Casey were standing outside the room while
14  you were being interviewed by the Arkansas --
15  A    I -- I --
16  Q    -- State Police?
17  A    I believe they were the two officers.  I
18  couldn't really --
19  A    Yeah.
20  A    I was a nervous wreck then, too.
21  Q    And they kept looking at you while you were
22  giving this statement?
23  A    Yes, sir.  They kept walking back and forth.
24  They opened -- one of them opened the door.  I don't
25  know if it was the same ones that had done that or

CAROLYN A. VOILES                                    17

1   not, and said something to him and he got up and went
2   out of the room and then came back in and sat back
3   down and talked to me.
4   Q    Well, you know, if we look at your statement, we
5   know later on someone -- the prosecuting attorney or
6   the lawyer for the officers is going to ask you did
7   you tell the truth then?
8   A    No.
9   Q    Why didn't you tell the truth then?
10  A    I was scared. I was scared. I have kids. I
11  grand-kids. I have a little baby at home whose mom
12  is no longer alive that I'm taking care of. I've had
13  him since he was 4 months old. I was scared. I
14  didn't want to die. He didn't have a mom and I'm the
15  only mom he's had.
16  Q    Are you telling the truth today?
17  A    Yes, sir.
18  Q    Okay.
19       Are you here voluntarily?
20  A    Yes, sir.
21  Q    I haven't paid you or anything?
22  A    No, sir. I don't want anything.
23  Q    Why are you telling the truth today 2 years
24  later?
25  A    Because his family deserves justice. He

CAROLYN A. VOILES                                     18

deserves justice and I don't want it to happen to anyone else. And I know several of them are still working there and still doing some of the things that they did to him to other prisoners there.

Q  Okay.

        MR. SWINDOLL: Thank you, Carolyn. That's all we have today.

        THE COURT REPORTER: Thank you.

        (WHEREUPON, the proceedings were concluded in the matter at 10:18 a.m.)

        (WITNESS EXCUSED)

        * * * * * * *

CAROLYN A. VOILES                                    19

## CERTIFICATE

STATE OF ARKANSAS    )
                     )ss
COUNTY OF PULASKI    )

I, LEE ANN DICKENS, Certified Court Reporter #403 and Notary Public, do hereby certify that the facts stated by me in the caption on the foregoing proceedings are true; and that the foregoing proceedings were reported verbatim through the use of a Stenotype machine and thereafter transcribed by me or under my direct supervision to the best of my ability, taken at the time and place set out on the caption hereto.

I FURTHER CERTIFY that I am neither counsel for, related to, nor employed by any of the parties to the action in which these proceedings were taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially interested, or otherwise, in the outcome of this action.

WITNESS MY HAND AND SEAL this 27th day of March, 2013.

*Lee Ann Dickens*
Lee Ann Dickens, CCR
AR Notary Expiry 10/28/15

LEE ANN DICKENS, CCR
(501) 614-7367