# Detention Center Video



EXHIBIT 7