SALINE COUNTY QUORUM COURT
AGENDA
OCTOBER 21, 2008

QUORUM COURT MEETING------------------------------------October 21, 2008

PLACE--------------------------------------------- Bob Herzfeld Memorial Library

6:30 P.M..---------------------------------------------------Call Meeting to Order

PLEDGE OF ALLEGIANCE

INVOCATION

CLERK:  Call the Roll

APPROVAL OF MINUTES

COMMITTEE REPORTS:

Randy Brown  Civil Engineer, Programs Staff-Water Resources
Warrants Served—Written Report
Saline County Finance/Personnel Committee meeting on November 3, 2008 will be held at
the County Jail, 735 Neeley Street

OLD BUSINESS:

Exhibit A.     Ordinance     Adding Roads—Third Reading

NEW BUSINESS:

| Exhibit B. | Resolution | Declaring an Additional Holiday For 2008   – Pulled |
| Exhibit C. | Ordinance | Saline County Election Commission |
| Exhibit D. | Ordinance | Jail |
| Exhibit E. | Ordinance | Saline County Airport Commission |
| Exhibit F. | Ordinance | Millage Rates   (Listed) |
| Exhibit G. | Ordinance | Emergency Fund/County General Fund |
| Exhibit H. | Ordinance | CSEPP |
| Exhibit I. | Ordinance | Sheriff-Selective Law ENF/DUI |
| Exhibit J. | Ordinance | Saline County Master Street Plan |
| | | Official Detention Facility Compliance Report |

231



232

## WARRANTS SERVED
### September 2008

|  | FELONY | MISD | BODY ATTACHMENT | TOTAL | HOT CHECK MISD | HOT CHECK FELONY | ATTEMPTS | MILAGE |
|---|---|---|---|---|---|---|---|---|
| WARRANTS | 60 | 413 | 3 | 476 | 3 | 13 | 612 | 6654 |
| SHERIFF | 7 | 29 |  | 36 | 3 | 1 |  |  |

| TOTAL | 512 |
|---|---|

333

## WARRANTS SERVED
### September 2008



| | FELONY | MISD | BODY ATTACHMENT | TOTAL | HOT CHECK MISD | HOT CHECK FELONY | ATTEMPTS | MILAGE |
|---|---|---|---|---|---|---|---|---|
| WARRANTS | 55 | 191 | 3 | 249 | 3 | 36 | 297 | 6826 |
| SHERIFF | 8 | 27 | | 35 | 5 | 1 | | |

| TOTAL | 284 |
|---|---|

OFFICIAL

## DETENTION FACILITY COMPLIANCE REPORT

NAME OF FACILITY _Saline Co Jail_

ADDRESS _735 S. Neeley St, Benton, Ar 72015_

COUNTY JUDGE OR MAYOR _Lanny Fite_

FACILITY SUPERVISOR _Lt. Hugh Gentry_   FACILITY PHONE _501-303-5603_   501-303-5609

PERSON INTERVIEWED _SAB_   TITLE _Jail Admin._

SHERIFF OR CHIEF OF POLICE _Phil Mask_

LOCATION OF JAIL _SAB_

DATE OF CONSTRUCTION _2006_   DATE REMODELED _____

CELL DESIGN _On File_   PoA - 9-10-08 - 155   20 Females
MAXIMUM CAPACITY _183_   4-70?

| | SIZE | X | SQ. FT. | | | SIZE | X | SQ. FT. |
|---|---|---|---|---|---|---|---|---|
| MAN | | | | | | | | |
| MAN | | | | | | | | |
| MAN | | | | | | | | |
| MAN | | | | | | | | |
| | | | | | | | | |

HOW MANY PAID PERSONNEL (JAILORS & MATRONS) ARE ASSIGNED DUTIES IN THE JAIL?

Supervisors _4_   Full Time-Males _12_   Full Time Females _12_

Part Time Males _____   Part Time Females _(Attached)_

WHAT IS THE SHIFT FORMULA?

_5am_ TO _5 pm_   _5 pm_ TO _5 am_   _____ TO _____

HOW MANY PERSONNEL TO EACH SHIFT INCLUDING SUPERVISORS? _6 : 6_

_Zelba Shepard_   Inspection Date _Sept. 10 - 08_
Committee Member

_Wayne Flinn_   Sign _____
Committee Member

_Jams Mouri_   Sign _Cha/ S._
Committee Member   Committee Member

_____   Sign _____
Committee Member   Committee Chairman

_____   Person Interviewed

234

STATE OF ARKANSAS
ADULT DETENTION FACILITIES

DETENTION FACILITY _Saline Co Jail_          DATE OF INSPECTION _9-10-08_

All Adult Detention Facilities in Arkansas must comply with all applicable mandatory requirements. Failure to meet applicable requirements will cause the facility to be considered in non-compliance and subject to further action by this Agency in compliance with Act 530 of 1985 – Section 4.

MINIMUM MANDATORY REQUIREMENTS                                    IN COMPLIANCE

III.   ADMINISTRATION:

       Does the Facility's operations comply with
       requirements as stated in Chapter III relative to
       the following:

       Section 3 – 1004 –      Written Policy          YES____ NO____ N/A____

       Section 3 – 1005 –      Budget                  YES____ NO____ N/A____

IV.    PERSONNEL:

       Does the facility meet personnel requirements as
       stated in Chapter IV relative to the following:

       Section 4 – 1002 –      Personnel file with required
       A – B – C – D           records.                YES__✓__ NO____ N/A____

       Section 4 – 1002 – E    Has each employee completed
                               the basic jail course?  YES__✓__ NO____ N/A____

       Section 4 – 1002 – H    Does the facility have
                               sufficient personnel?   YES____ NO__✓__ N/A____

                               If not, has the administrator
                               requested such in writing?  YES__✓__ NO____ NA____

V.     RECORD SYSTEM:

       Does the facility maintain a minimum record system in
       compliance with Chapter V relative to the following:

       Section 5 – 1002 –      Are proper papers for commit-
                               ment being maintained?  YES____ NO____ N/A____

       Section 5 – 1003 –      Is a proper jail log or detention
                               record being kept?      YES__✓__ NO____ N/A____

1                                    235

V.   RECORD SYSTEM:  continued

Section 5 – 1004 –    Is confinement information being
                     gathered on each inmate?              YES___✓NO____N/A____

Section 5 – 1005 –    Is prisoner's personal property
                     being handled properly?              YES___✓NO____N/A____

Section 5 – 1006 –    Are proper medical records
                     being kept relating condition
                     of prisoner at intake?               YES___✓NO____N/A____

Section 5 – 1007 –    Does the facility have a written
                     policy on strip searches?            YES___✓NO____N/A____

Section 5 – 1008 –    Is a copy of the jail rules pro-
                     vided to the prisoner?               YES___✓NO____N/A____

Section 5 – 1010 –    Are disciplinary actions recorded
                     in writing?                          YES___✓NO____N/A____

Section 5 – 1011 –    Is there a written record of
                     unusual occurrences?                 YES___✓NO____N/A____

VI.  RIGHTS OF ACCUSED IN CUSTODY:

Section 6 – 1001 –    Are inmate rights posted and is
                     a copy furnished them?               YES___✓NO____N/A____

Section 6 – 1002 –    Do inmate rights contain provi-
                     sions A thru G?                      YES___✓NO____N/A____

Section 6 – 1003 –    Does written policy for disci-
                     plinary actions provide for
                     requirements A thru D?               YES___✓NO____N/A____

..I.  RULES OF CONDUCT FOR PERSONNEL:

Section 7 – 1001 –    Does facility policy and proce-
         1002 –      dures manual provide for require-
                     ments listed in these sections?      YES___✓NO____N/A____

VIII. PRISONER SEPARATION:

Section 8 – 1001 –    Does the facility provide com-
                     plete separation of females from
                     the area where males are con-
                     fined?                               YES___✓NO____N/A____

Section 8 – 1001 –    Are juveniles, charged as adults,
                     separated from the rest of the
                     inmates?                             YES___✓NO____N/A____

2                              236

VIII. _____ONER SEPARATION:  continued

Section 8 – 1001 –    Are youthful offenders under age 18, who are under The Jurisdiction of The Juvenile Court incarcerated?

YES_____ NO ✓ N/A_____

Section 8 – 1001 –    If so, are they completely separated from the rest of the jail population?

YES_____ NO_____ N/A ✓

Section 8 – 1001 –    Are prisoners being separated by class?

YES ✓ NO_____ N/A_____

Section 8 – 1002 –    Are work release and trusty prisoners separated from other prisoners?

YES ✓ NO_____ N/A_____

IX.    SECURITY:

Does the facility's security procedures and practices comply with minimum requirements as stated in Chapter IX relative to the following:

Section 9 – 1001 – A    Does the facility have sufficient personnel on duty at all times?

YES_____ NO ✓ N/A_____

Section 9 – 1001 – A – B –    Are proper cell checks being made and recorded?

YES ✓ NO_____ N/A_____

Section 9 – 1001 – C    Are female officers on duty when females are incarcerated?

YES ✓ NO_____ N/A_____

Section 9 – 1001 – D    Does the policy manual have a search procedure for control of contraband?

YES ✓ NO_____ N/A_____

Section 9 – 1002 – E    Does the policy manual have a procedure for emergency situations which includes what to do in case of fire, escapes, riots, smoke situations, inmate disturbances and assaults?

YES ✓ NO_____ N/A_____

Section 9 – 1002 – G    Are officer's weapons removed before entering secure area?

YES ✓ NO_____ N/A_____

Section 9 – 1002 – I    Does the facility have a policy for key control?

YES ✓ NO_____ N/A_____

Section 9 – 1002 – J    Does the facility have a written policy addressing security measures for trusty-status inmates?

YES ✓ NO_____ N/A_____

3

237

X.    MEDICAL, DENTAL AND MENTAL HEALTH CARE:

| | | |
|---|---|---|
| Section 10 - 1001 - | Does the facility have a medical and dental plan in writing and on file to insure that medical services or practices are available to all those in custody? | YES ✓  NO____  N/A____ |
| Section 10 - 1002 - | If medical care is provided at the facility, is proper space provided?  /SEE N/ | YES____  NO____  N/A ✓ |
| Section 10 - 1003 - | Does the facility have an emergency and sick call procedure? | YES ✓  NO____  N/A____ |
| Section 10 - 1004 - | Are written records of inmate's medical and dental complaints being kept? Does this record include results of the health encounter? | YES ✓  NO____  N/A____ |
| Section 10 - 1005 - | Are records kept of medicine prescribed and administered? | YES ✓  NO____  N/A____ |
| Section 10 - 1005 - | Is medicine kept in a secure area? | YES ✓  NO____  N/A____ |
| Section 10 - 1009 - | Is there a medical training program such as C.P.R. and first aid or a suitable alternative? | YES ✓  NO____  N/A____ |

XI.    MAIL, COMMUNICATIONS AND VISITING:

Does the facility comply with minimum requirements regarding privileges as stated in Chapter XI relative to the following:

| | | |
|---|---|---|
| Section 11 - 1001 - | Rules for visiting? | YES ✓  NO____  N/A____ |
| Section 11 - 1002 - | Is a visitor's log kept? | YES ✓  NO____  N/A____ |
| Section 11 - 1005 - thru 11 - 1009 - | Is there a written policy for correspondence and incoming mail? | YES ✓  NO____  N/A____ |
| Section 11 - 1010 - | Is there a written policy for use of the phone and are prisoner's calls logged where necessary? | YES ✓  NO____  N/A____ |

XII.    FOOD SERVICE:

| | | |
|---|---|---|
| Section 12 - 1001 - | Are meals being served as required? | YES ✓  NO____  N/A____ |

238

~~SERVICE: continued~~

| | | |
|---|---|---|
| Section 12 - 1001 - | Are menus approved by a dietician? | YES ✓ NO ___ N/A ___ |
| Section 12 - 1002 - | Are records being kept of the food actually served? | YES ✓ NO ___ N/A ___ |
| Section 12 - 1003 - | Has kitchen been inspected by Health Department? | YES ✓ NO ___ N/A ___ |
| Section 12 - 1006 - | Is garbage removed from the cells immediately after eating? | YES ✓ NO ___ N/A ___ |

* 24 hour overnight facilities are exempt

XIV.  SAFETY:

| | | |
|---|---|---|
| Section 14 - 1002 - | Has the facility been inspected by local fire department in the past year? | YES ✓ NO ___ N/A ___ |
| Section 14 - 1003- | Does the facility have a written fire plan and is personnel familiar with it? | YES ___ NO ___ N/A ___ |
| Section 14 - 1004 - | Does the facility have a written plan for all other emergencies and are evacuation procedures detailed? | YES ✓ NO ___ N/A ___ |
| Section 14 - 1005 - | Are exits plainly marked? | YES ✓ NO ___ N/A ___ |
| Section 14 - 1006 - | Are cleaning fuids, toxic and caustic materials stored pro- perly? | YES ✓ NO ___ N/A ___ |
| Section 14 - 1008 - | Does the facility have up to date fire fighting equipment and access to a compressed air breathing apparatus? | YES ✓ NO ___ N/A ___ |

XV.  INMATE SERVICES:

| | | |
|---|---|---|
| * | Section 15 - 1002 - | Does the facility have a written policy to provide recreation and leisure time activities, library services, social and religious services? | YES ✓ NO ___ N/A ___ |
| * | Section 15 - 1005 - | Is outside exercise provided? | YES ___ NO ✓ N/A ___ |

* 14 day (and under) facilities are exempt
* 24 hour overnight facilities are exempt

239

EXISTING FACILITIES:

| | | | |
|---|---|---|---|
| Section 16 - 1004 - | Is lighting adequate? | YES ✓ NO | N/A |
| Section 16 - 1004 - | Is temperature maintained at a proper level? | YES ✓ NO | N/A |
| Section 16 - 1004 - | Is an automatic cut-in generator for emergency lighting and equipment provided? | YES ✓ NO | N/A |
| Section 16 - 1005 - | Are smoke and fire alarms present? | YES ✓ NO | N/A |
| Section 16 - 1006 - | Is there a cell that can be used to house the handicapped? | YES ✓ NO | N/A |
| Section 16 - 1007 - | Are there at least two exits from each housing area? | YES ✓ NO | N/A |
| Section 16 - 1008 - | Is there a proper booking area located inside the secure area? | YES ✓ NO | N/A |
| Section 16 - 1009 - | Is there an alcohol unit? | YES ✓ NO | N/A |
| ** Section 16 - 1010 - | Do cells meet general housing requirements? | YES ✓ NO | N/A |
| * ** Section 16 - 1011 - 1012 - | Do the cells meet the footage requirement? | YES ✓ NO | N/A |
| * Section 16 - 1013 - | Is there an observation cell? | YES ✓ NO | N/A |
| * ** Section 16 - 1014 - | Will activity rooms meet requirements? | YES ✓ NO | N/A |
| Section 16 - 1015 - | Is there proper storage space for bedding and clothing? | YES ✓ NO | N/A |
| ** Section 16 - 1016 - | Are indoor or outdoor exercise areas provided? | YES NO ✓ N/A |
| Section 16 - 1017 - | Is there adequate storage space for security equipment and cleaning supplies? | YES ✓ NO | N/A |
| Section 16 - 1018 - | Is adequate space provided for administrative and staff functions? | YES ✓ NO | N/A |
| Section 16 - 1019 - | Is there adequate space provided for food preparation and handling? | YES ✓ NO | N/A |
| Section 16 - 1020 - | Is there a proper visiting area? | YES ✓ NO | N/A |

* 14 day (and under) facilities are exempt
** 24 hour overnight facilities are exempt

240

NSPECTION ____. _1 - 10 - 0 8_  (INITIAL INSPECTION OR RE-INSPECTION /N+/N+/

NSPECTION TIME SHIFT:  FIRST_____  SECOND_____  THIRD._____

INSPECTION REQUIRED:  YES_____  NO____  SIGNED_____

AILINGS SENT:  COUNTY JUDGE_____  COUNTY CLERK_____

HERIFF_____  QUORUM COURT_____

HIEF OF POLICE_____  MAYOR_____  CITY COUNCIL_____

CIRCUIT .JUDGE_____

NY ACTION REQUIRED IN IMMEDIATE NON-COMPLIANCE?  YES____NO____

IRECTOR'S HELP REQUIRED?  YES____NO____

'ST REASONS FOR  (NO AND N/A)

CTION NO.        NO or N/A     REASON

1002-N/9-1001-A      NO —   INSufficient Staff to MAN shifts

    properly and to provide Adequate security

    for staff & inmates

.1002      NO  —  JAil has Nice Med. infirmary but

    NO  personnel to staff or use it

005/16-1016      NO  —   JAil hAs outside exercise

    ArEA, but lack of staff

    precludes its use.

Note:  POPulation  9-10-08 = 135 mAles

    20 femAles

This  JAil is bAdly understAffed !

241

7

### ADMINISTRATION
(1)LT HUGH GENTRY (JAIL ADMINISTRATOR)
(2)SGT DRU REED (ASSISTANT JAIL ADMIN/ JAILER)
(3)SGT RAY PENNINGTON(ASSISTANT JAIL ADMIN/TRANSPORT)

### TRANSPORT
(4)BILLY HOOLAPA (COURTS OFFICER/ TRANSPORT ONLY)
(5)BRANDON FORD (COURTS OFFICER/ TRANSPORT ONLY)
(6)OFFICER JIMMY LESTER  (COURTS OFFICER TRANSPORT ONLY)

### SHIFT SUPERVISORS
(7) CPL. CHRISTY LOBBS
(8) CPL CHAD WESTBROOK (JAILER/ SHIFT SUPERVISOR)
(9) CPL VICKY CLARK (JAILER/ SHIFT SUPERVISOR)
(10) CPL KERI SESSIONS

### MEN  (JAILERS)

(11) RYAN MCKINNEY
(12) GLEN FAULKNER
(13) **DAVID GREEN**                    **ASSIGNED TO KITCHEN** only
(14) CHRISTOPHER MAHER
(15) ULENZEN KING
(16) **FREDDY WISE**                    **ASSIGNED TO KITCHEN** only
(17) KENNETH DURHAM
(18)  ALLEN LEECH
(19) JAMES HART
(20) DOMINICK MARANGONI
(21) CALVIN REED
(22) JONATHON CALMA

### FEMALES (JAILERS)
(23) RUTH SHILLING
(24) JILL ERWIN
(25) DEBRA NICHOSI
(26) JACLYN LOBBS
(27) MELISSA HOLCOMBE
(28) LISA TODD
(29) TAMMY PENDIGRASS
(30) PHYLLIS HARRELSON
(31) BRANDI PINTO
(32) ERICKA JONES
(33) BRITTNEY TODD
(34) SHARA SIEVERS

### MEDICAL

(NURSE VACANT)
(DOCTOR VACANT)

242

1 man cells __8__ size

$7^{ft} \times 11.5^{ft}$ = SqFt __80.5__
$8^{ft} \times 8.75^{ft}$ = SqFt __68.0__
$8.75 \times 8.75^{ft}$ = SqFt __76.56__

2 man cells __30__ size $7^{ft} \times 12.5^{ft}$ = SqFt __87.5__

3 man cells __1__ size $12.25 \times 15.5^{ft}$ = SqFt __189.88__

4 man cells __4__ size

$11.5^{ft} \times 15^{ft}$ = SQFt __172.50__
$16.5^{ft} \times 16^{ft}$ = SQ Ft __264.0__
$8.75 \times 21^{ft}$ = SQ Ft __183.75__

22 man Dorm - two level





243

1 man cells __8__ size $\dfrac{7^{ft} \times 11.5^{ft}}{8^{ft} \times 8.75^{ft}} = SqFt \underline{80.5}$

$\dfrac{8 \times 8.75^{ft}}{8.75 \times 8.75^{ft}} = SqFt \underline{68.0}$

$8.75 \times 8.75^{ft} = Sq Ft \underline{76.56}$

2 man cells __30__ size $7^{ft} \times 12.5^{ft} = SqFt \underline{87.5}$

3 man cells __1__ size $12.25^{ft} \times 15.5^{ft} = SqFt \underline{189.88}$

4 man cells __4__ size $11.5^{ft} \times 15^{ft} = SqFt \underline{172.50}$

$16.5^{ft} \times 16^{ft} = SqFt \underline{264.0}$

$8.75 \times 21^{ft} = Sq Ft \underline{183.75}$

22 man  Dorm – two level

 

Exhibit "F"

APPROPRIATION ORDINANCE NO. 2009-91

BE IT ENACTED BY THE QUORUM COURT OF SALINE COUNTY, STATE OF ARKANSAS,
AN ORDINANCE TO BE ENTITLED:  "AN ORDINANCE TRANSFERRING 1800 COUNTY JAIL
FUNDS FOR THE YEAR 2009."

Article 1.  There are hereby transferred County Jail Funds as follows:

TRANSFER FROM:
DEPT. 2400  -  COUNTY JAIL
Line Item 2300  Food                          $13,600
            4700  Medical                        13,600
            TOTAL TRANSFER FROM    $27,200

TRANSFER TO:
Line Item 9400  Capital Outlay-Vehicles    $27,200

Article 2.  It is deemed necessary for the smooth operation of Saline County Government
that this ordinance be approved.

DATE:        NOVEMBER 17, 2009                APPROVED _____
                                                                            LANNY FITE
                                                                            SALINE COUNTY JUDGE

ATTEST: _____        SPONSOR: FINANCE COMMITTEE
            FREDDY BURTON                                 DOUG CURTIS, CHAIRMAN
            SALINE COUNTY CLERK                         DAVID ALLINSON, VICE-CHAIRMAN

PLAINTIFF'S
EXHIBIT
"C"