IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBIN BABOVEC, As Special Administratrix
of the Estate of Casey Babovec, Deceased                                    PLAINTIFF

VS.                                      NO. 4:13cv0699-KGB

DEPUTY AND OFFICERS MIKE RICHARDS,
TONYA PARKER, CALVIN REED, SAM
GRIFFIN, DION McGUIRE, RYAN McKINLEY,
DAVID FENTON, JAMES PAYNE, NANCY
SHELLNUT, BRUCE PENNINGTON, JOHN
and JANE DOES I-V, COUNTY OF SALINE                                    DEFENDANTS

### DEFENDANTS' MOTION OBJECTING TO PLAINTIFF'S VIDEO EVIDENCE

Come Defendants and for their objection to the surveillance camera video submitted by

Plaintiff, state:

1. As part of Defendants' evidence in the Rule 56 pleadings, they have submitted real-time

video (Defendants' Exhibit 1) of the events which are the subject of this lawsuit.

2. Plaintiff has also submitted a video (Plaintiff's Exhibit 7), but it is deficient and misleading

for the following reasons:

A. It is not complete. Plaintiff's video does not clearly show the

initial confrontation in which Babovec attacked another inmate.

B. It has been manipulated or "doctored" to emphasize certain aspects

of the overall event.

C. It contains stills of the incident which may lead the jury to believe

that more or less time elapsed between certain points of the event.

D. Overall, it is unduly theatrical, even complete with fade-in and

fade-out scenes.

3. In contrast, the video submitted by Defendants is complete, unmanipulated, undoctored, and untheatrical.

WHEREFORE, Defendants pray that their objection to Plaintiff's video (Plaintiff's Exhibit 7) be sustained; and for all other proper relief.

/s/George D. Ellis
GEORGE D. ELLIS (Ark. Bar No. 72035)
Attorney for Defendants
Ellis Law Firm, P.A.
126 North Main Street
Benton, Arkansas 72015
(501) 315-1000 (telephone)
(501) 315-4222 (fax)
*gellisinbenton@swbell.net*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all parties in interest.

/s/George D. Ellis
GEORGE D. ELLIS

2