IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBIN BABOVEC, As Special Administratrix
of the Estate of Casey Babovec, Deceased                               PLAINTIFF

VS.                      NO. 4:13cv0699-KGB

DEPUTY AND OFFICERS MIKE RICHARDS,
TONYA PARKER, CALVIN REED, SAM
GRIFFIN, DION McGUIRE, RYAN McKINLEY,
DAVID FENTON, JAMES PAYNE, NANCY
SHELLNUT, BRUCE PENNINGTON, JOHN
and JANE DOES I-V, COUNTY OF SALINE                                  DEFENDANTS

**MEMORANDUM BRIEF IN SUPPORT OF**
**<u>DEFENDANTS' MOTION OBJECTING TO PLAINTIFF'S VIDEO EVIDENCE</u>**

As this pleading is filed, there is pending before the Court Defendant's Motion for Summary Judgment (Doc. # 20). The motion which this memorandum brief supports is filed pursuant to paragraph 10 of the Court's Final Scheduling Order (Doc. # 7). This objection is also cautionary in the event the Defendant's Motion for Summary Judgment is denied.

The evidence is undisputed regarding what jailers saw on the surveillance video and when they saw it. Dion McGuire put Babovec in Cell 1, and as he was walking back across the room to the booking desk, another jailer told him to come watch what was going on. They saw Babovec attacking another inmate, and McGuire, with help from another jailer, rushed back to Cell 1 to get Babovec out of harm's way, thinking they were rescuing him. Instead, Babovec fought the jailers and resisted being handcuffed.

The jury should see what the jailers saw on their video screen. Defendants' Exhibit 1 clearly

shows what they saw. Plaintiff's Exhibit 7 does not. Accordingly, the objection to Plaintiff's Exhibit 7 should be sustained.

/s/George D. Ellis
GEORGE D. ELLIS (Ark. Bar No. 72035)
Attorney for Defendants
Ellis Law Firm, P.A.
126 North Main Street
Benton, Arkansas 72015
(501) 315-1000 (telephone)
(501) 315-4222 (fax)
*gellisinbenton@swbell.net*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all parties in interest.

/s/George D. Ellis
GEORGE D. ELLIS