# MINUTES

Robin Babovec
PLAINTIFF

ATTY: J. Swindoll
ATTY: E. Kostelnik

JUDGE: Kristine G. Baker
REPORTER: C. Jacimore
CLERK: T. Washington
DATE: 1-26-15

CASE NO. 4:13-cv-00699 KGB

Mike Richards
DEFENDANT

ATTY: G. Ellis
ATTY: _____

ACTION: Jury Trial

| TIME | |
|---|---|
| 8:58 | Pretrial Conference began |
| 9:23 | Pretrial Conference concluded |
| 9:42 | Jury Selection began    18 jurors drawn |
| 9:49 | Voir dire begins    - Juror #3 excused |
| 10:55 | Recess |
| 11:08 | Resume |
| | Voir dire resumes    - Juror #10 excused |
| | Juror #20 excused |
| | Juror #16 excused |
| | Juror #22 excused |
| 11:41 | Voir dire concluded |
| | Juror #13 excused |
| 12:07 | 12 jurors seated; jury sworn |
| 12:12 | Recess — lunch for jurors |

PAGE NO. 2
CASE NO. 4:13-cv-00699 KGB

| TIME | |
|---|---|
| 2:03 | Plaintiff begins opening statements |
| 2:24 | Plaintiff concludes opening statements – Defense begins opening statements |
| 2:43 | Defense concludes opening statements |
| 2:44 | 1st witness for Plaintiff called |
| 3:06 | 1st witness excused |
| 3:09 | Recess |
| 3:23 | Resume |
| 3:25 | 2nd witness called |
| 3:50 | witness excused |
| 3:50 | 3rd witness called |
| 4:22 | 3rd witness excused |
| 4:23 | 4th witness testimony via video deposition |
| 5:01 | jury dismissed for the day |
| 5:09 | Adjourn for the day |

Day 2

| 9:05 | Day 2 begins |
| | Juror #9 late |
| 9:12 | Jury returned – w/o juror #9 – will stay in recess until 11:00 – dismissed until then |
| 9:14 | Recess |
| 10:52 | Resume |

PAGE NO. 3
CASE NO. 4:13-cv-00699 KGB

| TIME | |
|---|---|
| 11:02 | jury returned to box |
| | – resumed video testimony of 4th witness |
| 11:35 | Video testimony concluded; Witness #5 called |
| 12:00 | jury released for lunch |
| 12:02 | Recess for lunch |
| 1:27 | Resume |
| 1:28 | Jury returned |
| | Witness #5 testimony continues |
| 2:25 | Witness #5 testimony concludes; Witness #6 called |
| 2:52 | Recess |
| 3:13 | Witness #6 testimony continues |
| 3:46 | Witness #6 testimony concludes; Witness #7 called |
| 4:28 | Witness #7 testimony concluded; Witness #8 called |
| 4:40 | Witness #8 testimony concluded; Witness #9 called |
| 4:59 | Jury dismissed for the day. |
| 5:03 | Adjourned for the day |

Day 3 —

| | |
|---|---|
| 9:03 | Day 3 begins |
| 9:11 | Jury returned to box |
| 9:13 | Witness #9 testimony continues |

PAGE NO. 4
CASE NO. 4:13-CV-00699 KGB

| TIME | |
|---|---|
| 9:47 | Witness #9 testimony concludes; Witness #10 called |
| 10:17 | Witness #10 testimony concludes; jury dismissed for break |
| 10:37 | Trial resumes; jury returned to box; Witness #11 called |
| 11:25 | Witness #11 testimony concludes; Witness #12 called |
| 12:02 | Recess – lunch |
| 1:29 | Resume – Witness #12 testimony concluded |
| 1:33 | Jury returned – Witness #13 called |
| 1:42 | Witness #13 testimony concluded; Witness #14 called |
| 1:53 | Witness #14 testimony concluded; Witness #15 called |
| 1:57 | Witness #15 testimony concluded; Witness #16 called |
| 2:35 | Witness #16 testimony concluded; Witness #17 called |
| 2:40 | Witness #17 testimony concluded; Plaintiff rests; jury released for break |
| 2:48 | Defense moved for a judgments as a matter of law re Mike Richards, Tonya Parker, Calvin Reed, Sam Griffin, Dion McGuire, Ryan McKinney, David Fenton, James Payne, Nancy Shelnutt, Bruce Pennington |
| 2:56 | Plaintiff's rebuttal |
| 3:00 | Defense – last word on motion |
| 3:02 | Motions denied in open court; recess |

| TIME | |
|---|---|
| 3:14 | Jury returned to box; Defense states all witnesses called by Plaintiff were to be called by Defense; no new witnesses called; one exhibit tendered |
| 3:18 | Jurors dismissed for the day to return 1-29-15 @ 1:30 p.m. |
| 3:19 | Defense renewed motions — motions again denied |
| 3:22 | Court adjourned for the day — jury instructions to be taken up at 9:00 1-29-15. |

Day 4 —

| TIME | |
|---|---|
| 9:10 | Day 4 begins |
|  | Discussion on jury instructions began |
| 10:06 | Recess |
| 10:25 | Resume |
| 10:53 | Recess |
| 12:28 | Resume |
| 12:37 | Recess |
| 1:27 | Resumed trial |
| 1:55 | Recess to finalize jury instructions |
| 2:17 | Jury instructions read to jury |
| 2:44 | Plaintiff begins closing arguments |
| 3:17 | Plaintiff concludes closing arguments; Defense begins closing arguments |
| 3:48 | Defense concludedes closing arguments; Plaintiff's rebuttal |

PAGE NO. 6
CASE NO. 4:13-CV-00699 KGB

| TIME | |
|---|---|
| 3:56 | CSO sworn; jury out for deliberations |
| 4:47 | jury dismissed for the day, to return @ 9:00 1-30-15 |
| 4:50 | Adjourned for the day |

Day 5 —

| | |
|---|---|
| 9:03 | Court Convened — jury out for deliberations |
| 9:09 | Recess |
| 11:50 | Rec'd note from jury |
| 12:00 | Court convened to discuss note; |
| 12:10 | response sent to jury; recess |
| 4:00 | Rec'd note from jury |
| 4:08 | Court convened |
| 4:21 | jury returned to box — jury instruction #16 read to jury. (Allen Charge) |
| 4:25 | jury returned to deliberate |
| 4:29 | Recess |
| 5:15 | note rec'd from jury |
| 5:21 | Court convened |
| 5:27 | jury returned & dismissed to return on 1/31/15 @ 9:00 a.m. |

Day 6 —

| | |
|---|---|
| 9:10 | Court Convened |
| 9:11 | jury returned to the box; and dismissed to continue deliberations |

PAGE NO. 7
CASE NO. 4:13-CV-00699 KGB

| TIME | |
|---|---|
| 11:05 | rec'd note from jury |
| 11:19 | Court convened — interrogatories |
| 11:24 | jurors returned; forms returned to Court for review |
| 11:26 | recess for jurors; responses to interrogatories read in open court |
| 11:36 | recess |
| 12:02 | Court convened |
| 12:12 | jury returned; Partial verdict published |
| 12:17 | jurors discharged |
| 12:19 | Court will set schedule for further briefing re 2 verdict forms |
| | Defense moved for mistrial re verdict forms 2 & 6; Court took motion under advisement |
| 12:21 | Court adjourned. |

We will be leaving today, January 29th, at 5:00pm.

We will regroup tomorrow, January 30th at 9:00am.

Thank you.

*Jim Vander Putten*

JURY FOREPERSON

Question 1: Ryan McKinney or Ryan McKinniey?
If the documents are incorrect, do they need to be changed before confirming decision?

Question 2: Can we see the transcript from Calvin Reed's testimony?

Question 3: Please provide guidance on lunch.

Thank you.

*[signature]*

JURY FOREMAN

**DO NOT DESTROY**

DATE 1/30/2015　　　　　　　　　　TIME 12:05 pm

CASE NO. 4:13-cv-699

**NOTE FROM JURORS**

See attached. Received at approximately 11:50 a.m.

_____
FOREPERSON

TIME 12:05 pm

**RESPONSE FROM JUDGE**

Question 1: Please use the forms provided. All are aware the forms state Ryan McKinnley and have stipulated his name is Ryan McKinney. But all agree you should use the forms provided.

Question 2: No. You have all of the evidence in this case. You will have to make your decision based on what you recall of the evidence, and the instructions provided.

Question 3: Lunch has been ordered and will be delivered soon.

_Kristine G. Baker_
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE

**DO NOT DESTROY**

DATE  1·30·2015                              TIME  4:00pm

CASE NO._____

**NOTE FROM JURORS**

After intense deliberation and critical analysis, the jury has reached unanimous decisions on 16 interrogatories and is deadlocked on 2 interrogatories. What additional instructions can you provide us to reach a unanimous decision?

Jim Vaughn Patty
FOREPERSON

TIME ~~4:04~~

**RESPONSE FROM JUDGE**

_____

_____

_____

_____

_____

_____


                                    _____
                                    KRISTINE G. BAKER
                                    UNITED STATES DISTRICT JUDGE

## DO NOT DESTROY

DATE  1·30·2015                                TIME  5:15pm

CASE NO. _____

## NOTE FROM JURORS

The jury has decided to adjourn at 5:15pm today and reconvene at 9am on Saturday, January 31, 2015.

_____
FOREPERSON

TIME _____

## RESPONSE FROM JUDGE

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE

**DO NOT DESTROY**

DATE  1·31·2015   TIME  11:05 AM

CASE NO. _____

**NOTE FROM JURORS**

After intense analysis, the jury is still at a deadlock on 2 interrogatories. The jury as a whole feels no additional deliberation will assist us in coming to a unanimous verdict.

_____
FOREPERSON

TIME _____

**RESPONSE FROM JUDGE**

_____
_____
_____
_____
_____
_____

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE