## TABLE OF CONTENTS

| | |
|---|---|
| Arkansas State Crime Lab Autopsy of Casey Babovec w/photographs | 1 |
| Saline County Detention (DVD) | 2 |
| Saline County Procedures Manual and its parts | 3 |
| Saline County Sheriff's Office Photographs (2 photos) | 4 |
| Saline County Detention Center Inmate Handbook | 5 |
| Selected autopsy photographs (3 photos) | 6 |
| Photos of Casey Babovec before April 2011 (3photos) | 7 |
| Diagram of Detention Facility (3 diagrams) | 8 |
| Photographs of events (34 still photographs) | 9 |
| Federal Pleadings of Emergency Medical Civil Right Lawsuits in Saline County before April of 2011 | 10 |
| ADR of Casey | 11 |
| Dr. Michael Lyman's CV | 12 |

© Copyright