AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *Eastern District of Arkansas*  Plaintiff's

Robin Babovec  v.  Richards, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 4:13-cv-0699 KGB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kristine G. Baker | James F. Swindoll | George Ellis |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| week of January 26, 2015 |  | Tracy M. Washington |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  |  |  |  | Carolyn Voiles (45 minutes) ✓  #1 |
| 2 |  |  |  |  | Christy Nicholas (1 hour) ✓  #3 |
| 3 |  |  |  |  | Dr. Charles Kokes (1 hour) ✓  #2 |
| 4 |  |  |  |  | Sheriff Bruce Pennington (by deposition)  #4 |
| 5 |  |  |  |  | Officer Calvin Reed (1 hour) ✓  #7 |
| 6 |  |  |  |  | Officer D. McGuire (45 minutes) ✓  #9 |
| 7 |  |  |  |  | Sergeant Michael Richards (1 hour) ✓ #16 |
| 8 |  |  |  |  | Officer Tonya Parker (1 hour) ✓  #5 |
| 9 |  |  |  |  | Office Nancy Shelnutt (30 minutes) ✓ #12 |
| 10 |  |  |  |  | Dr. Michael Lyman (1 hour) ✓  #6 |
| 11 |  |  |  |  | Richard Hess, Grandfather (20 minutes) ✓ #15 |
| 12 |  |  |  |  | Corporal S. Griffin (45 minutes) ✓ #14 |
| 13 |  |  |  |  | Officer David Fenton (30 minutes) ✓ #10 |
| 14 |  |  |  |  | Kelli Coffey, sister of Casey Babovec (30-45 minutes) ✓ #8 |
| 15 |  |  |  |  | Officer J. Payne (30 minutes) ✓ #13 |
| 16 |  |  |  |  | Sergeant Ryan McKinney (30 minutes) ✓ #11 |
| 17 |  |  |  |  | Robin Babovec Cruz, Mother of Casey Babovec (1 hour) ✓ #17 |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages