AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## Eastern District of Arkansas

**DEFENDANTS' EXHIBIT AND WITNESS LIST**

Robin Babovec, as Special Administratrix
v.
Deputy and Officers Mike Richards, et al

CASE NUMBER: 4:13-cv-699 KGB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kristine G. Baker | James Swindoll | George D. Ellis |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| January 26, 2015 | Select Reporter... | Tracy Washington |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | WITNESSES: |
| | | | | | Mike Richards |
| | | | | | Tonya Parker ✓ |
| | | | | | Calvin Reed ✓ |
| | | | | | Sam Griffin |
| | | | | | Dion McGuire ✓ |
| | | | | | Ryan McKinney ✓ |
| | | | | | David Fenton ✓ |
| | | | | | James Payne ✓ |
| | | | | | Nancy Shelnutt Hunt ✓ |
| | | | | | Bruce Pennington (video depo) |
| | | | | | |
| | | | | | EXHIBITS: |
| 1 | | | ✓ | ✓ | DVD, surveillance video |
| 2 | | | ✓ | ✓ | Report of Medical Examiner |
| 3 | | | | | Official State Police Investigation |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages