## INTERROGATORY NO. 1

You must answer this question. Do you find from a greater weight of the evidence that Mike Richards showed deliberate indifference as to the serious medical need of Casey Babovec as explained in Instruction No. 8?

ANSWER: **No**
(YES or NO)

_[signature]_
FOREPERSON

1-31-15
DATE

## INTERROGATORY NO. 3

You must answer this question. Do you find from a greater weight of the evidence that Tonya Parker showed deliberate indifference as to the serious medical need of Casey Babovec as explained in Instruction No. 8?

ANSWER: __No__
(YES or NO)

_/s/ Jin Vander Pitta_
FOREPERSON

1-31-15
DATE

## INTERROGATORY NO. 4

You must answer this question. Do you find from a greater weight of the evidence that Tonya Parker used excessive force against the person of Casey Babovec as explained in Instruction No. 9?

ANSWER: **NO**
(YES or NO)

*[signature]*
FOREPERSON

1-31-15
DATE

## INTERROGATORY NO. 5

You must answer this question. Do you find from a greater weight of the evidence that Calvin Reed showed deliberate indifference as to the serious medical need of Casey Babovec as explained in Instruction No. 8?

ANSWER: **NO**
(YES or NO)

_____
FOREPERSON

1-31-15
DATE

## INTERROGATORY NO. 7

You must answer this question. Do you find from a greater weight of the evidence that Sam Griffin showed deliberate indifference as to the serious medical need of Casey Babovec as explained in Instruction No. 8?

ANSWER: **NO**
(YES or NO)

_____
FOREPERSON

1-31-15
DATE

## INTERROGATORY NO. 8

You must answer this question. Do you find from a greater weight of the evidence that Sam Griffin used excessive force against the person of Casey Babovec as explained in Instruction No. 9?

ANSWER: **NO**
(YES or NO)

_____
FOREPERSON

1-31-15
DATE

## INTERROGATORY NO. 9

You must answer this question. Do you find from a greater weight of the evidence that Dion McGuire showed deliberate indifference as to the serious medical need of Casey Babovec as explained in Instruction No. 8?

ANSWER: **NO**
(YES or NO)

_____
FOREPERSON

1-31-15
DATE

## INTERROGATORY NO. 10

You must answer this question. Do you find from a greater weight of the evidence that Dion McGuire used excessive force against the person of Casey Babovec as explained in Instruction No. 9?

ANSWER: *No*
(YES or NO)

_____
FOREPERSON

1-31-15
DATE

## INTERROGATORY NO. 11

You must answer this question. Do you find from a greater weight of the evidence that Ryan McKinley showed deliberate indifference as to the serious medical need of Casey Babovec as explained in Instruction No. 8?

ANSWER: No
(YES or NO)

_Jim Vaulcar Pytter_
FOREPERSON

1-31-15
DATE

## INTERROGATORY NO. 12

You must answer this question. Do you find from a greater weight of the evidence that Ryan McKinley's subordinates used excessive force against the person of Casey Babovec and that Ryan McKinley made a culpable choice between action or inaction in the supervision or control of those subordinates as explained in Instruction No. 9?

ANSWER: __NO__
(YES or NO)

_/s/ Jim Vaulx Ritter_
FOREPERSON

__1-31-15__
DATE

## INTERROGATORY NO. 13

You must answer this question. Do you find from a greater weight of the evidence that David Fenton showed deliberate indifference as to the serious medical need of Casey Babovec as explained in Instruction No. 8?

ANSWER: **NO**
(YES or NO)

_____
FOREPERSON

1-31-15
DATE

## INTERROGATORY NO. 14

You must answer this question. Do you find from a greater weight of the evidence that David Fenton used excessive force against the person of Casey Babovec as explained in Instruction No. 9?

ANSWER: **No**
(YES or NO)

*[signature]*
FOREPERSON

1-31-15
DATE

## INTERROGATORY NO. 15

You must answer this question. Do you find from a greater weight of the evidence that James Payne showed deliberate indifference as to the serious medical need of Casey Babovec as explained in Instruction No. 8?

ANSWER: __NO__
(YES or NO)

_____
FOREPERSON

1-31-15
DATE

## INTERROGATORY NO. 16

You must answer this question. Do you find from a greater weight of the evidence that James Payne used excessive force against the person of Casey Babovec as explained in Instruction No. 9?

ANSWER: **NO**
(YES or NO)

_____
FOREPERSON

1-31-15
DATE

## INTERROGATORY NO. 17

You must answer this question. Do you find from a greater weight of the evidence that Nancy Shellnut showed deliberate indifference as to the serious medical need of Casey Babovec as explained in Instruction No. 8?

ANSWER: __NO__
(YES or NO)

_____
FOREPERSON

__1-31-15__
DATE

## INTERROGATORY NO. 18

You must answer this question. Do you find from a greater weight of the evidence that Nancy Shellnut used excessive force against the person of Casey Babovec as explained in Instruction No. 9?

ANSWER: __No__
(YES or NO)

_____
FOREPERSON

1-31-15
DATE

## INTERROGATORY NO. 19

If you find by the greater weight of the evidence that one or more defendant showed deliberate indifference as to the serious medical need of Casey Babovec by answering "yes" to Interrogatory No. 1, 3, 5, 7, 9, 11, 13, 15, or 17, please answer this Interrogatory No. 19.

Do you find from a greater weight of the evidence that a failure to train by Bruce Pennington in his individual capacity resulted in the lack of medical care for Casey Babovec as explained in Instruction No. 10?

**ANSWER:**_____
          (YES or NO)

_____
FOREPERSON

_____
DATE

## INTERROGATORY NO. 20

If you find by the greater weight of the evidence that one or more defendant showed deliberate indifference as to the serious medical need of Casey Babovec by answering "yes" to Interrogatory No. 1, 3, 5, 7, 9, 11, 13, 15, or 17, please answer this Interrogatory No. 20.

Do you find from a greater weight of the evidence that an official policy, practice, or custom of County of Saline and Bruce Pennington in his official capacity resulted in a lack of medical care for Casey Babovec as explained in Instruction No. 11?

**ANSWER:**_____
                     **(YES or NO)**

_____
FOREPERSON

_____
DATE

## INTERROGATORY NO. 21

If you find by the greater weight of the evidence that one or more defendant showed deliberate indifference as to the serious medical need of Casey Babovec by answering "yes" to Interrogatory No. 1, 3, 5, 7, 9, 11, 13, 15, or 17, please answer this Interrogatory No. 21.

Do you find from a greater weight of the evidence that a failure to train by County of Saline and Bruce Pennington in his official capacity resulted in a lack of medical care for Casey Babovec as explained in Instruction No. 12?

**ANSWER:**_____
                (YES or NO)


_____
FOREPERSON


_____
DATE

## INTERROGATORY NO. 22

Please answer this Interrogatory No. 22 only if you have answered "yes" to any one of Interrogatory Nos. 1-18.

State the amount of any damages which you find from a greater weight of the evidence were sustained by the Estate of Casey Babovec as explained in Instruction No. 13 or nominal damages as explained in Instruction No. 14.

$ _____

_____
FOREPERSON

_____
DATE