IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBIN BABOVEC, As Special Administratrix
of the Estate of Casey Babovec, Deceased                                          PLAINTIFF

VS.                          NO. 4:13cv0699-KGB

DEPUTY AND OFFICERS MIKE RICHARDS,
TONYA PARKER, CALVIN REED, SAM
GRIFFIN, DION McGUIRE, RYAN McKINLEY,
DAVID FENTON, JAMES PAYNE, NANCY
SHELLNUT, BRUCE PENNINGTON, JOHN
and JANE DOES I-V, COUNTY OF SALINE                                          DEFENDANTS

## DEFENDANTS' MOTION TO DISMISS

Come Calvin Reed and Mike Richards and for their Motion to Dismiss, state:

1. This case is set for trial beginning August 29, 2016.

2. Plaintiff is proceeding *pro se*, and apparently has been unable to secure the services of an attorney to try the remaining claims against these two Defendants.

3. Plaintiff has not complied with the requirements of the Scheduling Order.

4. In the interest of all concerned, the Court should enter an order dismissing this case without prejudice. This will give Plaintiff further time to attempt to secure the services of counsel. Additionally, the Court will be able to enter a final judgment with regard to the other Defendants.

WHEREFORE, Defendants Calvin Reed and Mike Richards pray that the Court dismiss the remaining claims without prejudice; and for all other proper relief.

/s/George D. Ellis
GEORGE D. ELLIS (ARK. BAR NO. 72035)
Attorney for Defendants
Ellis Law Firm, P.A.
126 North Main Street
Benton, Arkansas 72015
(501) 315-1000 (telephone)
(501) 315-4222 (fax)
*gellisinbenton@swbell.net*

## **CERTIFICATE OF SERVICE**

On this 30th day of June, 2016, this document was filed using the CM/ECF system which will send notification to all parties in interest; and a copy was forwarded to Ms. Robin Cruz, 1018 CR 143, Kaufman, Texas 75142.

/s/George D. Ellis