IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBIN BABOVEC, As Special Administratrix
of the Estate of Casey Babovec, Deceased                                        PLAINTIFF

VS.                                         NO. 4:13cv0699-KGB

DEPUTY AND OFFICERS MIKE RICHARDS,
TONYA PARKER, CALVIN REED, SAM
GRIFFIN, DION McGUIRE, RYAN McKINLEY,
DAVID FENTON, JAMES PAYNE, NANCY
SHELLNUT, BRUCE PENNINGTON, JOHN
and JANE DOES I-V, COUNTY OF SALINE                                            DEFENDANTS

## BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

The post-trial procedural background of this litigation is as follows. After several days of trial, the jury issued its verdict in favor of multiple Defendants, answering "no," except for two instances, to interrogatories. With respect to these two Defendants, however, the jury deadlocked on two interrogatories (one each) touching on use of force. Those two claims are now scheduled for a jury trial.

By all indications, Plaintiff has been unable to find an attorney to try what remains of this case. A dismssal without prejudice pursuant to the provisions of Rule 41 will give her further time to continue her search for representation, and will also give the Court an opportunity to enter a final judgment in favor of the other Defendants. In short, a dismissal without prejudice will accommodate all parties.

Respectfully submitted,

/s/George D. Ellis
GEORGE D. ELLIS (ARK. BAR NO. 72035)
Attorney for Defendants
Ellis Law Firm, P.A.
126 North Main Street
Benton, Arkansas 72015
(501) 315-1000 (telephone)
(501) 315-4222 (fax)
*gellisinbenton@swbell.net*

**CERTIFICATE OF SERVICE**

On this 30th day of June, 2016, this document was filed using the CM/ECF system which will send notification to all parties in interest; and a copy was forwarded to Ms. Robin Cruz, 1018 CR 143, Kaufman, Texas 75142.

/s/George D. Ellis