IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBIN BABOVEC, As Special Administratrix
of the Estate of Casey Babovec, Deceased                                   PLAINTIFF

VS.                                        NO. 4:13cv-0699-KGB

DEPUTY AND OFFICERS MIKE RICHARDS,
TONYA PARKER, CALVIN REED, SAM
GRIFFIN, DION McGUIRE, RYAN McKINLEY,
DAVID FENTON, JAMES PAYNE, NANCY
SHELLNUT, BRUCE PENNINGTON, JOHN
and JANE DOES I-V, COUNTY OF SALINE                                         DEFENDANTS

## DEFENDANTS' MOTION T0 DISMISS

Come Calvin Reed and Mike Richards, the only remaining Defendants in this action, and for their Motion to Dismiss, state:

1. During the week of January 26, 2015, this case was tried to a jury and on Saturday, January 31st, the jury found for all Defendants except Defendants Reed and Richards. The only remaining claims against these Defendants are an excessive-use-of-force claim (Reed) and a failure-to-adequately-supervise claim (Richards). The jury deadlocked on those two claims and the Court declared a mistrial.

2. Immediately after the jury verdict, the Plaintiff and her attorney, James Swindoll, terminated their attorney-client relationship. Unable to find counsel to try the remaining two claims, the Plaintiff has attempted to prosecute the case *pro se*.

3. Under the holding of *Jones v. Correctional Medical Services, Inc.,* et al, 401 F.3d 950 (8th Cir. 2005), Ms. Babovec is not permitted to proceed *pro se*. She is functioning as the administrator of the estate of Casey Babovec, and as such, she is engaging in the unauthorized practice of law. The

*Jones* case adopts the reasoning of *Davenport v. Lee* et al, 348 Ark. 148, 72 S.W.3d 85 (2002), in which the Arkansas Supreme Court held "that administrators or other fiduciaries cannot proceed *pro se* in their representative capacity." *Id.* at 93.

4. All pleadings and other documents which have been filed by Ms. Babovec since the withdrawal of Mr. Swindoll should be deemed a nullity, *Jones,* 952 F.3d at 952, and this case should be dismissed without prejudice should Ms. Babovec be able to find counsel to try the remaining claims.

WHEREFORE, Defendants Calvin Reed and Mike Richards pray that the pleadings and other documents filed by Ms. Babovec since the withdrawal of James Swindoll be deemed a nullity; that this case be dismissed without prejudice; and for all other proper relief.

/s/George D. Ellis
GEORGE D. ELLIS (Ark. Bar No. 72035)
Attorney for Calvin Reed and Mike Richards
Ellis Law Firm, P.A.
126 North Main Street
Benton, Arkansas 72015
(501) 315-1000 (telephone)
(501) 315-4222 (fax)
*gellisinbenton@swbell.net*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of February, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all parties in interest. I also emailed the document to Robin Babovec at her email address.

/s/George D. Ellis
GEORGE D. ELLIS